08-T-02
Official Form 5 (10/06)

| United States Bankruptcy Court | INVOLUNTARY PETITION |
|---|---|
| EASTERN District of NEW YORK | |

| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br>DAVID THAUSE | ALL OTHER NAMES used by debtor in the last 6 years (Include married, maiden and trade names.) |
|---|---|
| LAST FOUR DIGITS OF SOC. SEC./Complete EIN or other TAX I.D. NO. (if more than one, state all) | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state and zip code)<br>330 Neptune Avenue<br>Brooklyn, New York 11235 | MAILING ADDRESS OF DEBTOR (if different from street address) |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS  KINGS<br>11235 ZIP CODE | ZIP CODE |

LOCATION OF PRINCIPAL ASSETS OF INDIVIDUAL OR BUSINESS DEBTOR (if different from previously listed address)
1455 West 5th Street, Brooklyn, New York 11235    and other adjoining parcels

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED
[x] Chapter 7    [ ] Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

| Nature of Debts<br>(Check one box)<br>Petitioners believe<br>[ ] Debts are primarily consumer debts<br>[x] Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>[x] Individual (Includes Joint Debtor)<br>[ ] Corporation (Includes LLC and LLP)<br>[ ] Partnership<br>[ ] Other (If debtor is not one of the above entities, check this box and state type of entity below) | Nature of Business<br>(Check one box)<br>[ ] Health Care Business<br>[ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>[ ] Railroad<br>[ ] Stockbroker<br>[ ] Commodity Broker<br>[ ] Clearing Bank<br>[ ] Other |
|---|---|---|

**BRIEFLY DESCRIBE NATURE OF BUSINESS**    REAL ESTATE DEVELOPER

| VENUE | FILING FEE (Check one box) |
|---|---|
| [x] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer of such 180 days than in any other District.<br>[ ] A bankruptcy case concerning debtor's affiliate, general Partner or partnership is pending in this District. | [x] Full Filing Fee attached<br>[ ] Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in §304(g) of the bankruptcy Reform Act of 1994, no fee is required.]* |

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | | |
|---|---|---|
| Relationship | | |

ALLEGAT... (check applicable...)

1 [x] Petitioner(s) are eligible to file this petition p...
2 [x] The debtor is a person against whom an orde... of the United States Code.
3a [x] The debtor is generally not paying such debt... such debts are the subject of a bona fide dispu...
b [ ] Within 120 days preceding the filing of this p... receiver, or agent appointed or authorized to... of the property of the debtor for the purpose... property, was appointed or took possession.

---

Eastern District of New York    RECEIPT
Case # 08-43737 BRCEC    Chapter 7    # 000289490 - SM
Filed: 06/12/08    Brooklyn    01:59 PM, June 12, 2008

| Code | Qty | Amount |
|---|---|---|
| 7IV | 1 | $299.00 |

Judge: Carla E. Craig

Debtor(s):
David Thause

**TOTAL PAID: $299.00**
From:  Mandel Goldsmith
930 Eastern Parkway
Brooklyn, NY 11213

1

UNITED STATES BANKRUPTCY COURT

08-T-02

**Official Form 5 (10/06) – Cont.**   Name of Debtor  DAVID THAUSE
Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ City this box if there has been a transfer of any claim against the debtor or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a) |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _[signature]_____
Signature of Petitioner or Representative (State title)

Mandel Goldsmith              06/11/08
Name of Petitioner            Date Signed

Name & Mailing
Address of Individual
Signing in Representative
Capacity

X _____
Signature of Attorney          Date

Name of Attorney Firm (If any)

Address

Telephone No.

X _____
Signature of Petitioner or Representative (State title)

Name of Petitioner            Date Signed

Name & Mailing
Address of Individual
Signing in Representative
Capacity

X _____
Signature of Attorney          Date

Name of Attorney Firm (If any)

Address

Telephone No.

X _____
Signature of Petitioner or Representative (State title)

Name of Petitioner            Date Signed

Name & Mailing
Address of Individual
Signing in Representative
Capacity

X _____
Signature of Attorney          Date

Name of Attorney Firm (If any)

Address

Telephone No.

**PETITIONING CREDITORS**

| Mandel Goldsmith<br>930 Eastern Parkway, Brooklyn, NY  11213 | Nature of Claim<br>Monies Advanced | Amount of Claim<br>$1,300,000.00 |
|---|---|---|
| Name and Address of Petitioner | | |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | Total Amount of Petitioners' Claims |

Note:   If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above

_____ continuation sheet attached

08-T-02
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------X
In re:
                                        INVOLUNTARY CHAPTER 7
    DAVID THAUSE

                                        Case No.
            Debtor.
-------------------------------X


                INVOLUNTARY CHAPTER 7 PETITION

    Petitioner, Mandel Goldsmith, respectfully alleges:

    1.  Petitioner, Mandel Goldsmith, with an address at 930 Eastern Parkway, Suite 100, Brooklyn, New York 11213, (the "Petitioning Creditor"), holding an secured claim against the Debtor, not contingent as to liability and not in dispute, amounting in aggregate to $1,300,000.00.

    2.  The nature of the claim is for monies, loans, mortgages and advances for the debtor's purchase and development of real property owned by the debtor and his affiliate West Side Condo Corp., known as 1455 West 5th Street, Brooklyn, New York 11235 and other adjoining parcels, which loans has not been repaid by the Debtor, and the amount of the claim is $1,300,000.00.

    3.  The Debtor has his principal place of residence within the district for a longer of One Hundred Eighty (180) days preceding the filing of this Involuntary Petition than in any other district, to wit:  the Debtor's address within the district is 330 Neptune Avenue, Brooklyn, New York 11235.

    4.  The Debtor is an individual against whom an Order for Relief may be entered under Title XI; Chapter 7 of the United States Bankruptcy Code.

5. The Debtor is generally not paying the debts as they become due and that the Creditors holding the claims are not contingent as to liability and not subject to bona fide dispute, and said claims amount in aggregate, in excess of any lien held by them on the Debtor's property securing such claims, at least, and exceeding $50,000.00 or more.

6. That Petitioner did present mortgage and other documents and statements evincing the debt, and did demand payment and/or delivery of the deeds in lieu of foreclosure.

7. That upon information and belief, the Debtor does not have more than twelve (12) creditors.

8. That it is verily believed that a Chapter 7 is the only relief to be granted, and it is further verily believed that when all facts are known, it will be determined that no viable equity in any assets exists or the Debtor is not able to be rehabilitated.

WHEREFORE, the Petitioning Creditor prays that an Order for Relief be entered against the Debtor under Chapter 7 of Title 11 of the United States Bankruptcy Code.

Dated:   Brooklyn, New York
         June 11, 2008

*[signature]*
Mandel Goldsmith

### UNSWORN DECLARATION

    Mandel Goldsmith declares that the foregoing is true and accurate to the best of my knowledge, information, and belief.

Dated:  Brooklyn, New York
        June 11, 2008

                                              Mandel Goldsmith

08-T-02

Case No.

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF NEW YORK

IN THE MATTER OF:

## DAVID THAUSE

Debtor.

## INVOLUNTARY CHAPTER 7

**PETITION UNDER TITLE XI OF THE UNITED STATES BANKRUPTCY CODE**

**Mandel Goldsmith**
**Petitioning Creditor**
930 Eastern Parkway – Suite 100
Brooklyn, New York 11213
1718 431-0767